# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SPRINGFIELD POLICE OFFICERS ASSOCIATION, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 6:16-cv-03186-SRB |
| CITY OF SPRINGFIELD, MISSOURI, et al., ) ) | |
| Defendants. ) | |

## ORDER

On July 26, 2016, the Court granted Defendant City of Springfield, Missouri's Motion to Dismiss (Doc. #5) with respect to Plaintiff's federal constitutional claim in Count IV. The Court found Plaintiffs' federal constitutional claim satisfied neither prong of the ripeness test, and was consequently dismissed without prejudice. The Court advised that "Plaintiffs' claims are not foreclosed, but Plaintiffs should wait until the facts are more fully developed and the harm is certainly impending to bring their federal constitutional claim." (Doc. #25, p. 8).

Because the federal constitutional claim is the sole basis for federal jurisdiction, the Court questioned whether it could retain supplemental jurisdiction over the remaining claims. Defendants were directed to show cause within ten (10) days why this case should not be remanded to the Circuit Court of Greene County, Missouri, pursuant to 28 U.S.C. § 1447(c), for adjudication of the remaining state law claims. To date, Defendants have failed to file a response in an effort to oppose remand. Therefore, the Court concludes that it lacks subject matter jurisdiction over Plaintiffs' remaining claims, and the case shall be remanded to State court pursuant to § 1447(c).

Accordingly, it is hereby

ORDERED that this action is remanded to the Circuit Court of Greene County, Missouri. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Greene County, Missouri, as required by 28 U.S.C. § 1447(c). It is further

ORDERED that Defendant Springfield Police Officers' and Fire Fighters' Retirement Fund's Motion to Dismiss (Doc. #8) is DISMISSED as moot because this Court lacks supplemental jurisdiction over Plaintiffs' remaining claims.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: <u>August 11, 2016</u>