**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| SPRINGFIELD POLICE OFFICERS ASSOCIATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF SPRINGFIELD, MISSOURI, et al., )<br>)<br>Defendants. ) | Case No. 16-03186-CV-S-SRB |

___ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

this action is remanded to the Circuit Court of Greene County, Missouri and that Defendant Springfield Police Officers' and Fire Fighters' Retirement Fund's Motion to Dismiss (Doc. #8) is DISMISSED as moot because this Court lacks supplemental jurisdiction over Plaintiffs' remaining claims.

| | |
|---|---|
| August 11, 2016<br>Date | Paige Wymore-Wynn<br>Clerk of Court |
| | /s/ Tracy L. Diefenbach<br>(by) Deputy Clerk |